UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT PATRICK DYMKOWSKI<br>SUSAN MONIQUE JAMES<br><br>                      Debtor(s) | Chapter 7<br><br>Case No. 08-11147-PHX CGC<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

      S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2011 | 10/14/09 | Robert & Susan Dymkowski<br>12656 N 56th Place<br>Scottsdale, AZ 85254 | $35.30 |

      The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $35.30 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
|     February 11, 2010 | /s/ S. William Manera |
| DATE | S. William Manera, TRUSTEE |